**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form FTP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: David Chan and Laura Chan<br>  aka  David K. Chan<br>  aka  Laura K. Chan<br>      Debtor(s) | Case No.: 10–48002 LT 7<br>Chapter: 7 |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEES

According to the court's records, the debtor(s) in this Chapter 7 case has failed to pay the appropriate filing fees either in a lump sum or in in accordance with 28 U.S.C. §§1930

Pursuant to 11 U.S.C. §§102(1), §§105(a), and §§707(a)(2), §§1112(b)(10) or §§1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee; or

2. The debtor(s) or a party–in–interest files a written objection to this order and requests a hearing.

Dated: 7/30/10

By the Court:

Leslie J. Tchaikovsky
United States Bankruptcy Judge